NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

R. J. WATSON, d/b/a Watson Tract-R-Aids Company.

No. 16481.

United States Court of Appeals
Eighth Circuit.

May 12, 1960.

Marcel Mallet-Prevost, Asst. Gen. Counsel, and Dominick Manoli, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

PER CURIAM.

Order of Labor Board enforced; on petition for enforcement and stipulation filed with board.